S90O0024. HACKNEY v. WHARTON et al.
(386 SE2d 660)

GREGORY, Justice.

The petition for original jurisdiction mandamus is hereby dismissed. *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983).

The application for a certificate of probable cause to appeal is also dismissed for lack of a final order in the habeas proceedings below. This dismissal is without prejudice and with leave to file an appeal after final orders have been entered.

*Petition dismissed. All the Justices concur.*

DECIDED OCTOBER 19, 1989.

Clarence L. Hackney, *pro se.*
*Michael J. Bowers, Attorney General,* for appellees.